UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT DAVID CHISENHALL, <br> Plaintiff, <br> v. <br> SAN QUENTIN STATE PRISON, <br> Defendant. | Case No. 20-cv-07980-SI <br><br> **JUDGMENT** |

This action is dismissed because plaintiff failed to file a pleading showing the court has subject matter jurisdiction.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 20, 2021

_____
SUSAN ILLSTON
United States District Judge